718

rari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Ralph R. Eltse* and *W. Coburn Cook* for petitioners. *Messrs. F. G. Athearn* and *Milton T. Farmer* for respondent.

No. 591. PACIFIC NATIONAL BANK OF SAN FRANCISCO *v.* MERCED IRRIGATION DISTRICT. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Herman Phleger* and *W. Coburn Cook* for petitioner. *Messrs. Stephen W. Downey* and *C. Ray Robinson* for respondent.

No. 592. STREET & SMITH PUBLICATIONS, INC. *v.* BLAIR, JUDGE, ET AL. January 6, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. E. L. Klett* and *J. I. Kilpatrick* for petitioner.

No. 593. STERN *v.* GILLMAN ET AL. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Michael Halperin* for petitioner.

No. 595. GLASS *v.* ICKES. January 6, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. C. L. Dawson* for petitioner. *Solicitor General Biddle* for respondent.

No. 638. BITUMINOUS COAL PRODUCERS BOARD FOR DISTRICT No. 8 *v.* POWELL ET AL. January 6, 1941. Peti-